# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

SHANNON WOODS                                                                         PLAINTIFF

v.                      Case No. 1:16-cv-1075

GEORGIA-PACIFIC, LLC; GEORGIA-PACIFIC, LLC
d/b/a GEORGIA-PACIFIC BLEACH
BOARD HOPPER PAPER COMPANY; and
JOHN DOES 1-5                                              DEFENDANTS

## **ORDER**

Before the Court is the parties' Joint Motion for Approval of Settlement and to Dismiss with Prejudice. ECF No. 21. The parties have informed the Court that all claims in this case have been fully settled and compromised for the sum of $60,000.00. The parties also provide that the settlement, if approved, is intended to settle any claims that may be asserted by USA Truck, Inc., Plaintiff's employer and self-insured workers' compensation insurance carrier at the time of the accident.[1] Accordingly, the parties request Court approval of the settlement as required by Ark. Code Ann. § 11-9-401(c)(1).

Upon consideration, the Court finds that the agreement should be approved. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' motion is **GRANTED**. This matter is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with

---

[1] The parties assert that USA Truck, Inc., has not given notice of any lien and has indicated that it is waiving any subrogation interest that it might have in this matter. *See* ECF No. 21-1.

the court within thirty (30) days of the entry of this order.  The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 5th day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge